CFS-SAMS-501
10/18/2022

## MONTANA SAFETY ASSESSMENT AND MANAGEMENT SYSTEM

Immediate Danger Assessment:   ☒ Original   ☐ New Incident

| REPORT NAME: Kolstad | DATE OF REPORT: 8·18·23 | DATE OF ASSESSMENT: 8·18·23 |
|---|---|---|
| REPORT NUMBER: 577995 | CHILD PROTECTION SPECIALIST NAME: Cyndi Baillargeon | |
| CHILD PROTECTION SPECIALIST SUPERVISOR NAME: Crystal Whitmore | | |

Immediate danger is the identification of safety threats that are Immediate, Significant, Clearly Observable and actively occurring or in process of occurring and will likely result in actual or substantial risk of physical or psychological harm to a child.

Describe how Immediate Danger **is NOT identified** at the initial contact, or subsequent contacts, with the child and/or parents. Provide information about the family conditions that are providing for basic needs and actively controlling for safety.

Daughter (14) texted a friend stating she was suicidal. Child identifies as a male & parents do not accept this. Parents were unaware the child was suicidal, but when it was unexplained they agreed to take her to the hospital & got the care she needed. Child was admitted to the hospital for suicidal attempt (drank toilet bowl cleaner, & took several IBU profen earlier in the day). Child had a knife in her pocket at the hospital. Parents No disclosures of any physical abuse by the child.

**Supervisory Consultation after first contact with the child(ren):**
Supervisory consultation must be completed within 24 hours of the first face-to-face contact with all children in the family.

CPSS Name and Date of consultation (if completed by phone):

_Christina Hughes_ _____ Date _8·18·23 @ 10:38pm_

☐ Information deemed sufficient; no Immediate Danger(s) identified.

Supervisory notes regarding consultation: (optional)

Supervisory Approval of the *written* Immediate Danger Assessment:

Child Protection Specialist Supervisor _____*Christina Hughes*_____ Date _08/19/2023_
                                              Signature